**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| MICHAEL VACKAR, | § |
| Plaintiff, | § § § |
| VS. | § CIVIL ACTION NO. H-12-3716 |
| SENTRY SUPPLY INC., d/b/a SUPERIOR SUPPLY & STEEL | § § § § |
| Defendant. | § § |

## FINAL JUDGMENT

Based on the court's Memoranda and Opinions issued on July 8, 2013, January 2, 2014, and November 7, 2014, the claims brought by Michael Vackar are dismissed with prejudice, and he takes nothing on those claims; Superior recovers actual and exemplary damages on its counterclaims for fraud, money had and received, and defamation, in the amounts of $925.24 for actual damages on the fraud and money had and received claims, $1,500 for exemplary damages on the fraud claim, and $10,800 on the defamation claim; and Superior recovers sanctions under Rule 11 of the Federal Rules of Civil Procedure and Rule 13 of the Texas Rules of Civil Procedure, in the amount of $5,000.

This is a final judgment.

SIGNED on November 7, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge